IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| RICKY L. RASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08cv15 |
| | ) |
| STRYKER CORPORATION, | ) |
| STRYKER SALES CORPORATION, | ) |
| and STRYKER INSTRUMENTS, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

Defendants Stryker Corporation, Stryker Sales Corporation, and Stryker Instruments (collectively "Stryker"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Court to dismiss portions of this action for failure to state a claim upon which relief may be granted. Specifically, Stryker asks that the Court dismiss portions of Count IV, and all of Counts V, VI, VII, IX, X, XI and XII of the Complaint, as well as Plaintiff's request for punitive damages and attorneys' fees. The grounds for this Motion are more fully set forth in Defendants' Memorandum In Support of Rule 12(b)(6) Motion to Dismiss, filed herewith.[1]

---

[1] In reliance upon Godlewski v. Affiliated Computer Servs., Inc., 210 F.R.D. 571 (E.D. Va. 2002), and the majority rule cited and adopted therein, which holds that the filing of a Rule 12 motion "that only addresses part of a complaint suspends the time to respond to the entire complaint," Stryker is filing only this Motion to Dismiss at this time. See also Finnegan v. University of Rochester Med. Ctr., 180 F.R.D. 247 (W. D. N.Y. 1998); C. Wright and A. Miller, Federal Practice and Procedure: Civil 2d, § 1346, 146 (2d. ed. Supp. 2002), cited in Godlewski.

Respectfully submitted,

STRYKER CORPORATION, STRYKER SALES CORPORATION, and STRYKER INSTRUMENTS


s/ Brian D. Fowler
Brian D. Fowler (VSB No. 44070)
TROUTMAN SANDERS LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1207
Fax: (804) 698-6055
brian.fowler@troutmansanders.com

***Attorney for Stryker Corporation, Stryker Sales Corporation, and Stryker Instruments***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of September, 2008, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    Mary Lynn Tate, Esq.
    THE TATE LAW FIRM
    110 Abingdon Place
    Abingdon, Virginia  24211

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

    W. Todd Harvey, Esq.
    BURKE HARVEY & FRANKWOSKI, LLC
    One Highland Place
    2151 Highland Avenue
    Suite 120
    Birmingham, Alabama  35205

        Counsel for Plaintiff

                s/Brian D. Fowler
                Brian D. Fowler (VSB No. 44070)
                TROUTMAN SANDERS LLP
                Troutman Sanders Building
                1001 Haxall Point
                P.O. Box 1122
                Richmond, Virginia  23218-1122
                Telephone:  (804) 697-1200
                Fax:  (804) 697-1339
                brian.fowler@troutmansanders.com

                ***Attorney for Stryker Corporation, Stryker Sales Corporation, and Stryker Instruments***