UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **RICKY L. RASH,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 1:08-CV-00015** |
| | ) | |
| **STRYKER CORPORATION,** | ) | |
| **STRYKER SALES CORPORATION,** | ) | |
| **and STRYKER INSTRUMENTS,** | ) | |
| **Defendants.** | ) | |
| | ) | |

## RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL

The parties, plaintiff Ricky L. Rash ("Plaintiff") and defendants Stryker Corporation, Stryker Sales Corporation, and Stryker Instruments (collectively "Defendants"), by counsel, hereby STIPULATE to the DISMISSAL of this action in its entirety and WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). In consideration for Defendants' consent and agreement to this voluntary dismissal without prejudice, Plaintiff agrees that if he, or anyone acting on his behalf, re-files this action or a similar action against Defendants, or any of Defendants' agents or employees, for injuries or damages allegedly arising out of the events, facts, and/or circumstances allegedly underlying and giving rise to the present action:

1) He will file such action in the United States District Court for the Western District of Virginia, Abingdon Division;

2) He will not name any additional, non-diverse parties as defendants to such action; and

1

3) He will re-file within 180 days of the date this Stipulation of Dismissal is filed with the Court.

In agreeing to this Stipulation of Dismissal, Defendants do not waive, and specifically preserve, all defenses available to them, including, but not limited to, the statute of limitations.

In the event this action is not re-filed within 180 days, this Stipulation of Dismissal shall be considered a dismissal with prejudice, and if necessary, in such case Plaintiff consents to filing any further stipulation or joint motion necessary to effectuate a dismissal with prejudice.

DATED: June 4, 2009

Respectfully submitted,

| RICKY L. RASH | STRYKER CORPORATION, STRYKER SALES CORPORATION, and STRYKER INSTRUMENTS |
|---|---|
| s/ Mary Lynn Tate *Mary Lynn Tate /BDF w/ permission* <br> Mary Lynn Tate (VSB No. 16085) <br> THE TATE LAW FIRM <br> 110 Abingdon Place <br> Abingdon, VA 24211 <br> Telephone: (276) 628-5185 <br> Facsimile: (276) 628-5045 <br> Email: lynntate@naxs.com | s/ Brian D. Fowler <br> Brian D. Fowler (VSB No. 44070) <br> TROUTMAN SANDERS LLP <br> Troutman Sanders Building <br> 1001 Haxall Point <br> P.O. Box 1122 <br> Richmond, Virginia 23218-1122 <br> Telephone: (804) 697-1200 <br> Fax: (804) 697-1339 <br> brian.fowler@troutmansanders.com |

| | |
|---|---|
| W. Todd Harvey, Esq. (*Pro Hac Vice*)<br>Peter H. Burke, Esq. (*Pro Hac Vice*)<br>Camille L. Edwards (*Pro Hac Vice*)<br>BURKE HARVEY & FRANKOWSKI, LLC<br>One Highland Place<br>2151 Highland Avenue<br>Suite 120<br>Birmingham, Alabama 35205<br><br>***Attorneys for Plaintiff*** | Wayne A. Wolff, Esq. (*Pro Hac Vice*)<br>SEDGWICK, DETERT, MORAN &<br>   ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Fax: (415) 781-2635<br>wayne.wolff@sdma.com<br><br>***Attorneys for Stryker Corporation, Stryker Sales Corporation, and Stryker Instruments*** |